UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:24-cv-05664 MWF-SSCx                 Date: October 10, 2024

Title       Osik Media, LLC et al v. Ohio Security Insurance Company et al

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) **Order Denying Without Prejudice Joint Application for Entry of a Stipulated Protective Order (ECF 16)**

        On September 30, 2024, Plaintiffs Osik Media, LLC and Nicholas Petralia and Defendants Ohio Security Insurance Company and American Fire and Casualty Company filed a joint application for entry of a stipulated protective order governing allegedly confidential information.  (ECF 16.)  The Court has reviewed the proposed stipulated protective order and has determined that, in its current form, it cannot be granted.

        The request is denied without prejudice to refiling a document absent metadata and containing the Exhibit A referenced in the text.

        Further, the proposed stipulated protective order includes the following statement: "Discovery in this action is likely to involve

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:24-cv-05664 MWF-SSCx                    Date: October 10, 2024

Title         Osik Media, LLC et al v. Ohio Security Insurance Company et al

production of confidential, proprietary, or private information for which special protection from public disclosure and from use for any purpose other than prosecuting and defending this litigation may be warranted." (ECF 16 at 2.)  To the extent that the parties intended this to constitute the required good-cause statement, such language is insufficient.  *See Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1176 (9th Cir. 2006); *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1130 (9th Cir. 2003).

In any revised stipulated protective order submitted to the Court, the parties must include a statement demonstrating good cause for entry of a protective order pertaining to the documents or information described in the order.  The documents to be protected shall be specifically described and identified.  The paragraph containing the statement of good cause should be preceded by the phrase: "GOOD CAUSE STATEMENT."  The parties shall articulate, for each document or category of documents they seek to protect, the specific prejudice or harm that will result if no protective order is entered.

In sum, the joint request for approval of the stipulated protective order (ECF 16) is DENIED without prejudice to renewing the request. The parties may re-file a revised proposed stipulated protective order that cures the deficiencies set forth in this order.

**IT IS SO ORDERED.**

|  | : |
| Initials of Preparer | **ts** |